IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LES AARON YAUGER, FG-2423, )
    Petitioner, )
)
    v. ) 2:16-cv-72
)
COM. OF PENNSYLVANIA, et al., )
    Respondents. )

ORDER

AND NOW, this 28th day of April 2016 for the reasons set forth in the Memorandum filed this date, the petition of Les Aaron Yauger for a writ of habeas corpus (ECF No. 1) is DISMISSED, and because reasonable jurists could not conclude that a basis for appeal exists, a certificate of appealability is DENIED.

    Petitioner is advised that if he desires to pursue an appeal to the Court of Appeals, Rule 4(a) F.R.App.P. requires that a notice of appeal be filed in this Court within thirty (30) days.

    s/ Robert C. Mitchell
    United States Magistrate Judge.